**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronald Norris, | No. CV-20-01212-PHX-DWL |
| Plaintiff, | **ORDER** |
| v. | |
| Shenzhen IVPS Technology Company Limited, et al., | |
| Defendants. | |

The Court construes Plaintiff's notice (Doc. 6) as a request for relief from the portion of the Court's standard preliminary order directing the Clerk of Court to terminate any defendant not served pursuant to Rule 4(m) of the Federal Rules of Civil Procedure by September 16, 2020 (Doc. 5).

Plaintiff correctly notes that Rule 4(m) does not apply to service in a foreign country. Fed. R. Civ. P. 4(m); *see also Lucas v. Natoli*, 936 F.2d 432, 432-33 (9th Cir. 1991). However, "[w]hile the Ninth Circuit, to the Court's knowledge, has never specifically imposed any deadline on serving a foreign defendant, the Court has the inherent authority to set a deadline for serving a foreign defendant." *Arizona Sch. Risk Retention Tr., Inc. v. NMTC, Inc.*, 2015 WL 13764317, *1 (D. Ariz. 2015). The Court will set a deadline of September 30, 2020, which may be extended by Plaintiff's request if service isn't possible by that deadline despite "reasonable efforts to serve Defendants in a timely manner." *Sport Lisboa e Benfica - Futebol SAD v. Doe 1*, 2018 WL 4043182, *4 (C.D. Cal. 2018).

Accordingly,

**IT IS ORDERED** that the Court's order that the Clerk shall dismiss this action if service is not effected by September 16, 2020 (Doc. 5) is **vacated**.

**IT IS FURTHER ORDERED** that by **September 30, 2020**, Plaintiff shall either (1) serve Defendants or (2) file a motion for extension of time to serve, detailing his reasonable efforts to timely serve Defendants.

Dated this 2nd day of September, 2020.

_____
Dominic W. Lanza
United States District Judge